THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JENNIE KAPLAN, Appellant.

Fourth Department, October 6, 1926.

Crimes — jurisdiction — under Judiciary Law, § 5, magistrate may convict on plea of guilty on Sunday — sentence is reduced under Code of Criminal Procedure, § 543.

A magistrate has jurisdiction by virtue of section 5 of the Judiciary Law to convict a defendant on Sunday on a plea of guilty.

However, inasmuch as the defendant is a minor, the Appellate Division, exercising the discretionary power vested in it by section 543 of the Code of Criminal Procedure, reduced the sentence to the time already served.

APPEAL by the defendant, Jennie Kaplan, from an order and judgment of the County Court of the county of Oneida, entered in the office of the clerk of said county on the 24th day of March, 1925, and on the 28th day of March, 1925, modifying and affirming a judgment of the City Court of Utica rendered on the 4th day of May, 1924, convicting the appellant of vagrancy.

*D. Francis Searle*, for the appellant.

*Charles L. DeAngelis* [*John J. McGinty* of counsel], for the respondent.

PER CURIAM. We are of the opinion that the magistrate under the exception contained in section 5 of the Judiciary Law had the power on Sunday to receive the plea of guilty of the offense charged against this defendant under subdivision 4 of section 887 of the Code of Criminal Procedure. (*People ex rel. Burke* v. *Fox*, 150 App. Div. 114; affd., 205 N. Y. 490.) However, in this case, inasmuch as the defendant was a minor and it was her first conviction, we have determined to exercise the discretionary power vested in appellate courts by section 543 of the Code of Criminal Procedure and to reduce the sentence to the time already served. (*People* v. *Byrne*, 194 App. Div. 919.)

All concur. Present — HUBBS, P. J., DAVIS, SEARS, CROUCH and TAYLOR, JJ.

Order and judgment of conviction modified by reducing the sentence to the time already served, and as so modified affirmed.